UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TONIMARIE RHONE,

                                 Plaintiff,

          -v-

MOMS MILK BOUTIQUE,

                               Defendant.

23 Civ. 2429 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The parties have submitted a consent decree allowing the Court to exercise jurisdiction over the settlement agreement for 36 months.  Dkt.  11.  The Court is prepared to approve the consent decree, save for one detail:  The Court will exercise jurisdiction over a settlement agreement only if the agreement is publicly filed, but the consent decree indicates that the parties intend the agreement to be kept confidential.   The Court directs counsel to confer on this point and to submit a revised proposed consent decree consistent with these standards.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated:  December 21, 2023
New York, New York